# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NAM DANG,**

      **Plaintiff,**

**v.**                                                  **Case No:   6:14-cv-37-Orl-31TBS**

**SHERIFF OF SEMINOLE COUNTY, FLORIDA, OLUGBENGA OGUNSANWO, SANDRA WILT, BRENDA PRESTON-MAYLE, ALECIA SCOTT, SHARYLE ROBERTS and MARTHA DENSMORE,**

      **Defendants.**

## ORDER

Following entry of summary judgment on their behalf (Doc. 184), Defendants, as prevailing parties, filed bills of costs (Doc. Nos. 188 and 192).[1]  Plaintiff objected to imposition of any costs against him.  On October 16, 2015, after considering Plaintiff's objection and Defendants Replies, Magistrate Judge Smith recommended that Plaintiff's objection (construed as a motion) be granted in part and denied in part (Doc. 202).  Judge Smith found that costs were taxable against Plaintiff, but that certain costs claimed by Defendants should be disallowed.  On October 28, 2015, Plaintiff filed objections to the Report and Recommendation of Magistrate Judge Smith (Doc. 203).  Defendants Scott, Roberts and Densmore responded in opposition (Doc. 208).

---

[1] The case is presently on appeal to the Eleventh Circuit Court of Appeals.

After *de novo* review, the Court finds no legal basis to reject or modify Judge Smith's recommendation. As the prevailing parties, Defendants are entitled to recover their costs and Plaintiff has shown no exceptional circumstance that would warrant a different result. To the extent the Court has discretion to deny the award of costs to Defendants, the Court declines to do so. Therefore, it is

**ORDERED** that:

1. The objection to the Report and Recommendation of Magistrate Judge Smith is OVERRULED, and the Report and Recommendation is CONFIRMED and ADOPTED as a part of this Order.

2. The Clerk is directed to enter cost judgments against Plaintiff as follows:

    a. judgment in favor of Defendants Alecia Scott, Sharyle Roberts and Martha Densmore in the amount of $7,398.74;

    b. judgment in favor of Olugbenga Ogunsanwo in the amount of $1,932.66; and

    c. judgment in favor of Defendants Sheriff of Seminole County, Florida, Sandra Wilt and Brenda Preston-Mayle in the amount of $12,227.87.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 17, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party